UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
) Case No. 1:11-cr-79
v. )
) Chief Judge Curtis L. Collier
JEFFERY DALE MCCLENDON )

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts Two and Four of the four-count Amended Indictment; (2) accept Defendant's plea of guilty to Counts Two and Four of the Amended Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts Two and Four of the Amended Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter (Court File No. 32). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 32) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Counts Two and Four of the Amended Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts Two and Four of the Amended Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts Two and Four of the Amended Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on May 10, 2012 at 9:00 a.m. [EASTERN] before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

                    **/s/**
                    **CURTIS L. COLLIER**
                    **CHIEF UNITED STATES DISTRICT JUDGE**

2

Case 1:11-cr-00079-TRM-CHS   Document 39   Filed 02/13/12   Page 2 of 2   PageID #: 71